STATE OF NEW JERSEY v. JAMES ARCEDIANO.

October 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ELTON C. PIERCE.

October 19, 1971. Petition for certification denied. (See 115 *N. J. Super.* 346)

CROSS STATE PROPERTIES, INC. *ET AL.* v. MICHAEL F. AGAR, *ET AL.*

CLIFF PARK, INC. *ETC.* v. VILLAGE OF RIDGEFIELD PARK, *ET AL.*

October 19, 1971. Petition for certification denied.

EDWARD J. ROSE, *ET AL.* v.
PORT OF NEW YORK AUTHORITY.

October 19, 1971. Petition for certification granted.

JOSEPH MARNIN v. U. SAMUEL VUKCEVICH.

October 19, 1971. Certiorari Denied December 20, 1971. See 92 S. Ct. 569. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD DOGGETT.

October 19, 1971. Petition for certification denied.